IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD DANIEL BENNETT,       )
AIS #195342,                          )
                                           )
        Plaintiff,                        )
                                           )
    v.                                    )       CIVIL ACTION NO. 2:03-CV-1205-ID
                                           )                    [WO]
                                           )
WAYNE RODGERS, et al.,          )
                                           )
        Defendants.                      )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Richard Daniel Bennett ["Bennett"], a state inmate, filed a complaint in this 42

U.S.C. § 1983 action on December 10, 2003.  The court recently ascertained that Bennett

no longer resides at the last address he had provided for service.  The order of procedure

entered in this case directs the plaintiff to immediately inform the court of any new address.

*See Order of February 11, 2004 - Court Document No. 6* at 4.  Since Bennett failed to

comply with this directive, the court entered an order requiring that on or before March 28,

2006 he inform this court of his present address.  *See Order of March 21, 2006 - Court*

*Document No. 22*.  The court specifically cautioned Bennett that failure to comply with

such order would result in a recommendation that this case be dismissed.  *Id*.  The time

allowed Bennett for filing a response has expired and he has filed nothing in response to

the aforementioned order.  The court therefore concludes that this case is due to be

dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

It is further

ORDERED that on or before April 12, 2006 the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981,

*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 31st day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE