IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD DANIEL BENNETT, ) <br> AIS#195342, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAYNE RODGERS, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:03cv1205-ID <br> (WO) |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 31, 2006 (Doc. No. 23), said Recommendation is hereby ADOPTED, APPROVED and AFFIRMED, and it is CONSIDERED and ORDERED that the above-styled cause be and the same is hereby DISMISSED without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

Done this 25th day of April, 2006.

                            /s/ Ira DeMent
                            SENIOR UNITED STATES DISTRICT JUDGE